William J. McAVEY, Plaintiff,

v.

Chen–Horng LEE; et al, Defendants,

Chen–Horng Lee and Chin–Li Lee, Defendants–Cross Claimants–Appellants,

v.

First Financial Insurance Company, Defendant–Cross Defendant–Appellee.

No. 03–31190.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 26, 2004.

James Richard Swanson, Loretta Gallaher Mince, Correro, Fishman, Haygood, Phelps, Walmsley & Casteix, New Orleans, LA, for Defendants–Cross Claimants–Appellants.

Thomas G. Buck, Blue Williams, Metairie, LA, for Defendant–Cross Defendant–Appellee.

Before DeMOSS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Chen–Horng Lee and Chin–Li Lee were defendants in a lawsuit for personal injuries suffered by a guest at their New Orleans, Louisiana motel. The district court ruled that an insurance policy the

---

Lees had with First Financial Insurance Company provided coverage, and later directed a verdict in the Lees' favor on the issue of liability. Before this Court ruled on appeal, the Lees settled with the plaintiff and then cross-claimed against First Financial for reimbursement of the settlement sum. The district court granted summary judgment to First Financial, and the Lees appeal. For essentially the reasons given by the district court, we AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.